AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| American Association of University Professors and American Federation of Teachers <br><br> *Plaintiff(s)* <br> v. <br> United States Department of Justice, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:25-cv-02429 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attached Rider




A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Orion Danjuma
Counsel
The Protect Democracy Project, Inc.
82 Nassau Street, #601
New York, NY 10038


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-02429

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Print   Save As...   Reset

**RIDER TO SUMMONS**

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Department of Justice
c/o United States Attorney's Office
Southern District of New York
86 Chambers Street / 3rd Floor
New York, NY 10007

Pamela Bondi
U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Leo Terrell
Senior Counsel to the Assistant Attorney General for Civil Rights and Head of DOJ Taskforce to Combat Antisemitism
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Department of Health and Human Services
200 Independence Avenue, SW
Washington, D.C. 20201

Robert F. Kennedy, Jr.
U.S. Secretary of Health and Human Services
200 Independence Avenue, SW
Washington, D.C. 20201

Sean R. Keveney
Acting General Counsel of the U.S. Department of Health and Human Services
200 Independence Avenue, SW, Room 713-F
Washington, D.C. 20201

National Institutes of Health
9000 Rockville Pike
Bethesda, Maryland 20892
Montgomery County

Matthew J. Memoli
Acting Director of National Institutes of Health
9000 Rockville Pike
Bethesda, Maryland 20892

Montgomery County

United States Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

Linda McMahon
U.S. Secretary of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

Thomas E. Wheeler
Acting General Counsel for U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

United States General Services Administration
1800 F St., NW
Washington, DC 20405

Stephen Ehikian
Acting Administrator of the GSA
1800 F St., NW
Washington, DC 20405

Josh Gruenbaum
Commissioner of the Federal Acquisition Service within the GSA
1800 F St., NW
Washington, DC 20405