UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>and<br><br>AMERICAN FEDERATION OF TEACHERS<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.<br><br>  Defendants. | **Case No. 1:25-cv-02429**<br><br>**PROOF OF SERVICE** |

1

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On March 28, 2025, I served the following document(s):

- **COMPLAINT**
- **SUMMONS**
- **CIVIL COVER SHEET**
- **SOUTHERN DISTRICT OF NEW YORK ELECTRONIC CASE FILING RULES & INSTRUCTIONS**
- **INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES OF UNITED STATES DISTRICT JUDGE MARY KAY VYSKOCIL**

**By Certified United States Mail:** I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing via Certified Mail following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully paid. I served the parties, through their attorneys of record, as designated below:

**United States Department of Justice**
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**Pamela Bondi**
**U.S. Attorney General**
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Attorney's Office
ATTN: Civil Process Clerk
Southern District of New York
86 Chambers Street / 3rd Floor
New York, NY 10007

Leo Terrell
Senior Counsel to the Assistant General for Civil Rights and head of the DOJ Task Force to Combat Anti-Semitism
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

Linda McMahon
U.S. Secretary of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

Craig Trainor
Acting Assistant Secretary for the Office for Civil Rights, U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

Thomas E. Wheeler
Acting General Counsel of the U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

United States Department of Health and Human Services
200 Independence Ave., S.W.,
Washington, DC 20201

Robert F. Kennedy, Jr.
U.S. Secretary of Health and Human Services;
200 Independence Avenue, SW
Washington, DC 20201

Sean R. Keveney
Acting General Counsel of the U.S. Department of Health and Human Services
200 Independence Avenue, S.W., Room 713-F
Washington, D.C. 20201

3

**National Institutes of Health**
9000 Rockville Pike
Bethesda, Maryland 20892
Montgomery County

**Matthew J. Memoli**
**Acting Director of the National Institutes of Health**
9000 Rockville Pike
Bethesda, Maryland 20892
Montgomery County

**United States General Services Administration**
1800 F St., NW
Washington, DC 20405

**Stephen Ehikian**
**Acting Administrator of the U.S. General Services Administration**
1800 F Street NW
Washington, DC 20405

**Josh Gruenbaum**
**Commissioner of the Federal Acquisition Service within the GSA**
1800 F Street NW
Washington, DC 20405

<u>By Electronic Service:</u> In addition, on March 28, 2025, Plaintiffs' counsel Rachel Goodman emailed **Jeffrey Oestericher,** Chief, Civil Division, U.S. Attorney's Office, SDNY, at Jeffrey.Oestericher@usdoj.gov with electronic copies of the Complaint and Summons. Mr. Oestericher replied by email on March 28, 2025, confirming that he can and did accept electronic service of the Complaint and Summons "on behalf of all defendants."

I, Angela Peña, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this day of March 31, 2025 at San Francisco, CA.

*Angela Peña*
Angela Peña

4