UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>and<br><br>AMERICAN FEDERATION OF TEACHERS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-02429-MKV<br><br>**PROOF OF SERVICE OF LETTER MOTION FOR EXTENSION OF PAGES** |

## PROOF OF SERVICE

Defendants' counsel Jeffrey Oestericher, Chief of the Civil Division for the United States Attorney's Office for the Southern District of New York, has agreed to accept electronic service of all pleadings in this matter. On April 2, 2025, I, Rachel Goodman, electronically served the Letter Motion for leave to file an overlength brief on all Defendants by sending it to Jeffrey Oestericher via email at Jeffrey.Oestericher@usdoj.gov.

Dated: April 2, 2025

Respectfully submitted,

S/ Rachel Goodman
The Protect Democracy Project, Inc.
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
Fax: (202) 769-3176
rachel.goodman@protectdemocracy.org

*Counsel for Plaintiffs*