UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>and<br><br>AMERICAN FEDERATION OF TEACHERS<br><br>    Plaintiffs,<br><br>            v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.<br><br>    Defendants. | **Case No. 1:25-cv-02429**<br><br>**PROOF OF SERVICE** |

1

## **PROOF OF SERVICE**

I am employed in the City and County of New York, NY. I am over the age of eighteen years and not a party to the within action; my business address is 82 Nassau Street, #601, New York, NY 10038. On April 3, 2025, I served the following document(s):

- **MOTION TO UNSEAL DECLARATION OF VEENA DUBAL & EXHIBIT A**

- **DECLARATION OF VEENA DUBAL**

- **EXHIBIT A TO THE DECLARATION OF VEENA DUBAL**

on Columbia University's Office of the General Counsel, as designated below:

**By Electronic Service:** Electronic copies: I caused such document(s) to be served via electronic mail by transmitting true and correct copies to the following email addresses:

**Office of General Counsel**
**Columbia University**
**ATTN: Danna Drori & Felice B. Rosan**
**412 Low Memorial Library**
**Mail Code 4308**
**535 West 116th Street**
**New York , NY 10027**
**Email: dd1@gc.columbia.edu**
**Email: fbr@gc.columbia.edu**

I, Orion Danjuma, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this day of April 3, 2025 at New York, NY

                                                                    /S Orion Danjuma
                                                                    R. Orion Danjuma