# ADDITIONAL EXHIBITS TO THE DECLARATION OF JONATHAN ROSENTHAL