# EXHIBIT 52



Home » Announcements » President Shafik Welcomes the First Set of Recommendations From the Task Force on An… »

**STATEMENTS**

# President Shafik Welcomes the First Set of Recommendations From the Task Force on Antisemitism

March 04, 2024



I welcome the initial report of the Task Force on Antisemitism and am grateful to the co-chairs and task force members from Columbia, Barnard College, and Teachers College for their hard and thoughtful work. As the task force makes clear, it is essential to ensure that debates and disagreements across Columbia are rooted in academic rigor and civil discourse, and that Jewish students, faculty, and staff, and all members of our community, feel safe, supported, and included. The task force's important work will continue across a number of fronts as the University works to address this ancient, but sadly persistent, form of hate.

3/21/25, 12:33 PM   President Shafik Welcomes the First Set of Recommendations From the Task Force on Antisemitism | Office of the President

Case 1:25-cv-02429-MKV    Document 52-2    Filed 04/04/25    Page 3 of 3

LEARN MORE

[Read the Report](#)

[Columbia's Task Force on Antisemitism Releases Its First Set of Recommendations](#)

I am pleased that the task force strongly endorses the new [Interim University Policy for Safe Demonstrations](#) that was [announced](#) last month, and appreciate the task force's many other suggestions about reporting, enforcement, anti-discrimination, and other issues.

We will review the interim policy at the end of this semester. Collaborating with the University Senate, student leaders, faculty, and other members of the community, we are committed to ensuring that our rules both protect free speech and foster inclusivity at Columbia. As always, we encourage feedback from all members of our community. We have created a [new form](#) for students, faculty, and staff to share their ideas and suggestions, anonymously if they prefer.

Minouche Shafik
President, Columbia University in the City of New York

Tags:   [Administration](#)   [Diversity](#)

## News

March 19, 2025
### [Our Next Steps](#)

March 15, 2025
### [Standing Together for Columbia](#)

March 13, 2025
### [Standing Together for Columbia, March 15, 2025](#)

March 13, 2025
### [Update to Our Community Regarding DHS Activity Tonight](#)

March 13, 2025
### [Columbia's Commitment to Our International Community](#)