# EXHIBIT 55



STATEMENT

# University Statement Regarding UJB Determinations

March 13, 2025



Today, the Columbia University Judicial Board determined findings and issued sanctions to students ranging from multi-year suspensions, temporary degree revocations, and expulsions related to the occupation of Hamilton Hall last spring. With respect to other events taking place last spring, the UJB's determinations recognized previously imposed disciplinary action. The return of suspended students will be overseen by Columbia's University Life Office. Columbia is committed to enforcing the University's Rules and Policies and improving our disciplinary processes.

# News

March 19, 2025
[Our Next Steps](Our Next Steps)

March 15, 2025
[Standing Together for Columbia](Standing Together for Columbia)

March 13, 2025
[Update to Our Community Regarding DHS Activity Tonight](Update to Our Community Regarding DHS Activity Tonight)

March 13, 2025
[University Statement Regarding UJB Determinations](University Statement Regarding UJB Determinations)

March 10, 2025
[Leading Through This Challenging Time](Leading Through This Challenging Time)