# EXHIBIT 60

 An official website of the United States government



## U.S. General Services Administration

# Joint Task Force statement regarding Columbia University's steps to advance negotiations

**March 28, 2025**





Glossary



Today, the Task Force to Combat Anti-Semitism released the following statement:

The action taken by Columbia's trustees today, especially in light of this week's concerning revelation, is an important step toward advancing negotiations as set forth in the pre-conditional understanding reached last Friday between the University and the Task Force to Combat Anti-Semitism.

**Contact**

[press@gsa.gov](mailto:press@gsa.gov)

Last updated: Mar 28, 2025