UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> and <br><br> AMERICAN FEDERATION OF TEACHERS <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al. <br><br> Defendants. | Case No. 1:25-cv-02429 <br><br> **PROOF OF SERVICE** |

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, CA. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On April 3, 2025, I served the following document(s):

- **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**
- **MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
- **PROPOSED ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**
- **DECLARATION OF TODD WOLFSON**
- **DECLARATION OF JULIE SCHMID & EXHIBIT A**
- **DECLARATION OF REINHOLD MARTIN & EXHIBIT A**
- **DECLARATION OF SUSAN WITTE**
- **DECLARATION OF VICTORIA FRYE**
- **DECLARATION OF JENNIFER S. HIRSCH**
- **DECLARATION OF WITNESS A (UNDER SEAL)**
- **DECLARATION OF WITNESS B (UNDER SEAL)**
- **DECLARATION OF WITNESS C (UNDER SEAL)**
- **DECLARATION OF WITNESS D (REDACTED)**
- **DECLARATION OF WITNESS D (UNREDACTED, UNDER SEAL)**
- **DECLARATION OF WITNESS E (UNDER SEAL)**
- **DECLARATION OF WITNESS F (UNDER SEAL)**
- **DECLARATION OF WITNESS G (UNDER SEAL)**
- **DECLARATION OF WITNESS H (UNDER SEAL)**

- DECLARATION OF WITNESS I (UNDER SEAL)
- DECLARATION OF JONATHAN ROSENTHAL & EXHIBITS 1 TO 61
- LETTER MOTION TO SEAL DECLARATIONS OF WITNESSES A TO I
- LETTER MOTION TO UNSEAL DECLARATION OF VEENA DUBAL & EXHIBIT A *(NOTE: SEALED DECLARATION AND EXHIBIT A NOT SERVED)*

on the parties, through their attorneys of record, as designated below:

**By Electronic Service:** Pursuant to Defendants' counsel's agreement to accept electronic service of all pleadings on behalf of all Defendants in this action, I caused such document(s) to be served via electronic mail on all Defendants by transmitting true and correct copies to the following email address(es):

**Jeffrey Oestericher**
**Chief, Civil Division, U.S. Attorney's Office, SDNY**
**Email: Jeffrey.Oestericher@usdoj.gov**
**Counsel for All Defendants**

I, Angela Peña, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this day of April 3, 2025 at San Francisco, CA.

*Angela Peña*
Angela Peña