UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>and<br><br>AMERICAN FEDERATION OF TEACHERS<br><br>    Plaintiffs,<br><br>            v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.<br><br>    Defendants. | **Case No. 1:25-cv-02429**<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am employed in the City and County of New York, New York. I am over the age of eighteen years and not a party to the within action; my business address is The Protect Democracy Project, Inc. 82 Nassau Street, #601, New York, NY 10038. On April 7, 2025, I served the following document(s):

- **MOTION TO UNSEAL DECLARATION OF VEENA DUBAL & EXHIBIT A**
- **DECLARATION OF VEENA DUBAL**
- **EXHIBIT A TO THE DECLARATION OF VEENA DUBAL**

on Columbia University's Office of the General Counsel, as designated below:

**By Personal Service:** Paper copies: I caused such document(s) to be served via personal service by delivering paper copies to the following address by messenger service:

Office of General Counsel
Columbia University
ATTN: Danna Drori & Felice B. Rosan
412 Low Memorial Library
Mail Code 4308
535 West 116th Street
New York , NY 10027

I, Orion Danjuma, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this day of April 7, 2025 at New York, New York.

S/ Orion Danjuma
Orion Danjuma