

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

April 8, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/8/2025
```

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
500 Pearl Street, Room 2230
New York, New York 10007

      Re:    *AAUP, et al. v. DOJ, et al.*, 25 Civ. 2429 (MKV)

Dear Judge Vyskocil:

      This Office represents Defendants in the above-captioned matter. We write respectfully to request both an extension of time to respond to Plaintiffs' motion and additional pages to do so.

      With respect to the requested extension of time, Defendants respectfully request a two-week extension of time, until May 1, 2025, to respond to Plaintiffs' motion for a preliminary injunction, filed on April 3, 2025. *See* ECF Nos. 24-52. If the Court grants the request, Plaintiffs' reply brief would be due on May 8, 2025. *See* Local Civil Rule 6.1.

      Defendants need the additional time to properly respond to Plaintiffs' motion and the materials filed in support of their motion, which include many claims, declarations, and exhibits. Defendants' counsel is in the process of conferring with the client agencies to respond to Plaintiffs' submission but requires the additional time to do so. Further, the complex issues involved in this litigation require coordination among multiple components of the federal government, which Defendants need the additional time to accomplish. Additionally, some members of the team in this Office who are working on this matter will be observing the upcoming Passover holiday, and the undersigned AUSA will be on leave for the remainder of this week and part of next week.

      Counsel for Plaintiffs have indicated that Plaintiffs do not consent to the requested extension of time (although would consent to an extension of time until April 24) because they are concerned about the harm to the Plaintiffs and their members if Defendants were to cancel, pause, or terminate additional funding to Columbia University before the Court issues its decision.

      This is the Defendants' first request for an extension of time.

The Honorable Mary Kay Vyskocil
April 8, 2025
Page 2

      With respect to the requested page enlargement, Defendants respectfully request 30 pages for their memorandum of law in opposition to Plaintiffs' motion, the same number of pages that the Court granted Plaintiffs for their memorandum of law in support of their motion. *See* ECF No. 23. This page enlargement is necessary to properly respond to Plaintiffs' memorandum of law. Plaintiffs consent to this request.

      Respectfully submitted,

      MATTHEW PODOLSKY
      Acting United States Attorney for the
      Southern District of New York

By:   /s/ Allison M. Rovner
      ALLISON M. ROVNER
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-2691
      Email: allison.rovner@usdoj.gov

cc:   Counsel of Record (by ECF)

---

Defendants' request for an extension of time is GRANTED in light of the upcoming Passover and Holy Week/Easter holidays. Defendants' request, on consent, for additional pages is also GRANTED.

Date: April 8, 2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge