Akin Gump Strauss Hauer & Feld LLP
One Bryant Park, 44th Floor
New York, New York, 10036

T   +1 212.872.1000
F   +1 212.872.1002
akingump.com



**VIA ECF**
Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

April 9, 2025

Re:    *American Association of University Professors et al. v. Department of Justice et al.*, Case No. 1:25-cv-02429

Dear Judge Vyskocil:

I write in respect to ECF No. 58, Letter Motion to File Sealed Letter Opposition and Accompanying Declaration, to inform the Court that, following discussions, we have provided Plaintiffs with a minimally redacted copy of the Letter Opposition to their Motion to Unseal (ECF No. 44) in order to facilitate any reply they may wish to file.

Respectfully submitted,

*/s/ Joseph L. Sorkin*
Joseph L. Sorkin
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park, 44th Floor
New York, N.Y. 10036
jsorkin@akingump.com
Tel.: 212-872-1000
Fax:  212-872-1002

*Counsel for The Trustees of Columbia University in the City of New York*