UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ASSOCIATION of UNIVERSITY PROFESSORS and AMERICAN FEDERATION of TEACHERS,<br><br>   Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT of JUSTICE et al.,<br><br>   Defendants. | Case No. 1:25-cv-02429-MKV |

**CENTER FOR CONSTITUTIONAL GOVERNANCE, KATE ANDRIAS, JESSICA BULMAN-POZEN, AND OLATUNDE JOHNSON'S NOTICE OF UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

PLEASE TAKE NOTICE that the undersigned, attorneys for proposed *amici curiae* the Center for Constitutional Governance, Kate Andrias, Jessica Bulman-Pozen, and Olatunde Johnson shall move this Court, before the Honorable Mary Kay Vyskocil, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York, at a date and time to be determined by the Court, for an order granting leave to file the attached *amicus curiae* brief and granting such other relief as the Court deems just and proper.

Dated: April 24, 2025

CLARICK GUERON REISBAUM LLP

*/s/ Gregory A. Clarick*
Gregory A. Clarick
Nora Niedzielski-Eichner
41 Madison Avenue, 23rd Floor
New York, NY 10010
212-633-4310
gclarick@cgr-law.com
nniedzie@cgr-law.com

*Counsel for Amici Curiae Center for Constitutional Governance, Kate Andrias, Jessica Bulman-Pozen, and Olatunde Johnson*

1