UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ASSOCIATION of UNIVERSITY PROFESSORS and AMERICAN FEDERATION of TEACHERS,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT of JUSTICE et al.,<br><br>      Defendants. | Case No. 1:25-cv-02429-MKV |

## DECLARATION OF GREGORY A. CLARICK

GREGORY A. CLARICK declares as follows pursuant to 28 U.S.C. §1746:

1. I am admitted to practice before this Court and am a partner with the law firm Clarick Gueron Reisbaum LLP, counsel for the Center for Constitutional Governance, Kate Andrias, Jessica Bulman-Pozen, and Olatunde Johnson.

2. I submit this Declaration in support of the Center for Constitutional Governance, Kate Andrias, Jessica Bulman-Pozen, and Olatunde Johnson's unopposed motion for leave to file an *amicus curiae* brief in support of Plaintiffs' Motion for Preliminary Injunction.

3. The Center for Constitutional Governance, Kate Andrias, Jessica Bulman-Pozen, and Olatunde Johnson's proposed *amicus curiae* brief is attached as **Exhibit A**.

4. The Center for Constitutional Governance, Kate Andrias, Jessica Bulman-Pozen, and Olatunde Johnson's proposed order granting their motion is attached as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 24, 2025                        */s/Gregory A. Clarick*
                                                              GREGORY A. CLARICK