# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

AMERICAN ASSOCIATION of UNIVERSITY
PROFESSORS and AMERICAN FEDERATION
of TEACHERS,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT of JUSTICE
et al.,

        Defendants.

Case No. 1:25-cv-02429-MKV

**[PROPOSED] ORDER**

---

On April 24, 2025, the Center for Constitutional Governance, Kate Andrias, Jessica Bulman-Pozen, and Olatunde Johnson, filed an Unopposed Motion for Leave to File *Amicus Curae* Brief. Having considered the pleadings and papers connected therewith, it is hereby ORDERED that the Center for Constitutional Governance, Kate Andrias, Jessica Bulman-Pozen, and Olatunde Johnson's motion is GRANTED, and the *amicus curae* brief submitted with Center for Constitutional Governance, Kate Andrias, Jessica Bulman-Pozen, and Olatunde Johnson's motion shall be filed.

SO ORDERED.

Dated: _____, 2025

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT COURT JUDGE