## APPENDIX A

**Erwin Chemerinsky**, Dean and Jesse H. Choper Distinguished Professor of Law, UC Berkeley School of Law

**David Cole**, the Honorable George J. Mitchell Professor in Law and Public Policy at Georgetown Law School

**Evelyn Douek**, Assistant Professor of Law, Stanford Law School

**Genevieve Lakier**, Professor of Law and Herbert and Marjorie Fried Teaching Scholar, the University of Chicago Law School

**Robert C. Post**, Sterling Professor of Law, Yale Law School

**Amanda Shanor**, Assistant Professor and Wolpow Family Faculty Scholar, The Wharton School of the University of Pennsylvania

**Geoffrey Stone**, Edward H. Levi Distinguished Service Professor of Law, The University of Chicago Law School

**Nadine Strossen**, The John Marshall Harlan II Professor of Law Emerita, New York Law School

**Rebecca Tushnet**, Frank Stanton Professor of the First Amendment, Harvard Law School