## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ASSOCIATION of UNIVERSITY PROFESSORS and AMERICAN FEDERATION of TEACHERS,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT of JUSTICE et al.,<br><br>*Defendants*. | Case No. 1:25-cv-02429-MKV |

## DECLARATION OF MARIA C. LAHOOD

I, Maria C. LaHood, declare the following pursuant to 28 U.S.C. §1746:

1. I am admitted to practice before this Court and am Deputy Legal Director at amicus curiae Center for Constitutional Rights.

2. I submit this Declaration in support of amici curiae Center for Constitutional Rights and Palestine Legal's Motion for Leave to File a Brief of Amici Curiae in support of Plaintiffs' Motion for a Preliminary Injunction.

3. The proposed Brief of Amici Curiae the Center for Constitutional Rights and Palestine Legal is attached as Exhibit A.

4. The proposed Order granting amici curiae the Center for Constitutional Rights and Palestine Legal's Motion for Leave to File a Brief of Amici Curiae is attached as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2025                                        */s/Maria C. LaHood*
                                                                          Maria C. LaHood

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2025, I electronically filed the foregoing document with the Clerk of Court via CM/ECF.

/s/Maria C. LaHood
Maria C. LaHood
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464

*Counsel for Amici Curiae Center for Constitutional Rights and Palestine Legal*