UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, *et al.*,

Plaintiffs,

*v.*

UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,

Defendants.

No. 25 Civ. 2429 (MKV)

---

**DECLARATION OF ALLISON M. ROVNER**

I, ALLISON M. ROVNER, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury, as follows:

1. I am an Assistant United States Attorney in the Southern District of New York representing the Defendants in the above-captioned case.

2. Attached to this declaration as Exhibit A is a true and correct copy of a March 7, 2025 letter from the United States Department of Education ("ED") Office of Secondary and Elementary Education's Office of Administration to the Trustees of Columbia University in the City of New York regarding federal award P015A220111.

3. Attached to this declaration as Exhibit B is a true and correct copy of a March 7, 2025 letter from the United States Department of Education ("ED") Office of Secondary and Elementary Education's Office of Administration to the Teacher's College of Columbia University regarding federal award R305X220022.

2

4. Attached to this declaration as Exhibit C is a true and correct copy of excerpts from the transcript of the March 25, 2025 proceeding before Judge Subramanian in *Khalil v. Trustees of Columbia University*, 25 Civ. 2079.

Dated:  May 1, 2025
        New York, New York

/s/ Allison M. Rovner
ALLISON M. ROVNER
Assistant United States Attorney
