# EXHIBIT 71

# OFFICE OF THE PROVOST

Home  »  [Directory](#)  »  Miguel S. Urquiola

# Miguel S. Urquiola

Miguel Urquiola was appointed Senior Vice Provost for Academic Initiatives on April 15, 2025.

In this role, Professor Urquiola will focus on promoting cross-school academic excellence, starting with a comprehensive review of Regional Studies programs. This work will begin with a faculty committee review of Middle East programs. He continues in his roles as Professor of Economics and Dean of Social Science for the Faculty of Arts & Sciences.

Professor Urquiola has been a member of the Columbia community since 2003. He has chaired Columbia's Department of Economics and its Committee on the Economics of Education. He is also a member of the School of International and Public Affairs (SIPA), where he was Vice Dean of Faculty Affairs.

Outside Columbia, Professor Urquiola is a Research Associate at the National Bureau of Economic Research (NBER) and has held appointments at Cornell University, the World Bank, and the Bolivian Catholic University.

Professor Urquiola's research is on the Economics of Education. Its focus is on understanding how schools and universities compete, and how educational markets differ from other markets economists study. He has written numerous journal articles on these issues, and a book on why American universities excel at research: *Markets, Minds, and Money*.



Senior Vice Provost for Academic Initiatives; Dean of Social Sciences in the Faculty of Arts & Sciences; Professor of Economics and of International and Public Affairs

# Contact Info

1018 International Affairs, MC 3308

- +1 212 854 3769
- miguel.urquiola@columbia.edu