# EXHIBIT 74

**BREAKING NEWS**

# NIH said to have halted awarding of new grants to more top universities

Internal email instructs agency staff not to communicate with institutions about the decision



Low Library at Columbia University, one of the schools that is not to be awarded any new NIH grants, according to an agency email. Adobe

By **Anil Oza** and **Megan Molteni**    April 18, 2025

Embattled universities whose funding from the National Institutes of Health has been frozen may face further financial strain as the agency holds off awarding new grants to at least half a dozen of them, according to an email obtained by STAT.

The decision could mark the next stage of the Trump administration's attempts to apply pressure to a suite of elite colleges and universities by withholding research dollars. The email also instructs NIH staff to not communicate with the universities about whether or why funds are frozen.

Some grants that had previously been awarded to these universities had already been paused. But the new email suggests the NIH will hold off on awarding new grants as well.

The message — sent Thursday by Michelle Bulls, director of the Office of Policy for Extramural Research Administration — instructed staff not to make any awards to schools that have had funds frozen by the Trump administration. According to the email, the order originated in the office of the Secretary of Health and Human Services, Robert F. Kennedy Jr.

Asked about the directive, HHS Deputy Press Secretary Emily G. Hilliard told STAT in an email: "HHS does not comment on active investigations or the grant process to protect its integrity."

The schools named in the email were Columbia, Harvard, Brown, Northwestern, Cornell, and its affiliated medical school, Cornell-Weill Medicine. But others may be impacted by the move as well. In recent weeks, the Trump administration has been escalating its clash with colleges and universities, using the threat of withholding federal funds to try to enact sweeping changes to how institutions of higher education hire faculty, admit students, and what they teach in classrooms.

In early March, the NIH slashed about $250 million in grants to Columbia after the Trump administration alleged the school had failed to crack down on antisemitism. The cuts shuttered large research programs into maternal mortality rates and chronic fatigue syndromes. Last week, the NIH, at the behest of HHS, froze all remaining grant money owed to the university, according to internal emails obtained by Science.