# EXHIBIT 75

# Post

**Max Kozlov** 🇺🇦
@maxdkozlov

I've received additional confirmation, as well as an email I can share publicly.

See the directive NIH grants management staff received from Michelle Bulls, director of extramural policy at NIH

---

**From:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Sent:** Thursday, April 17, 2025 4:07 PM
**To:** Chief GMOs <ChiefGMOs@mail.nih.gov>; OTAC Principals <OTACPrincipals@mail.nih.gov>
**Cc:** Bulls, Michelle G. (NIH/OD) [E] <michelle.bulls@nih.gov>
**Subject:** Payment Restrictions at Entity Level - Guidance and Communications - Update
**Importance:** High

Hi,

We have received confirmation from HHS/IOS to hold off on making awards to schools where the funds have been frozen, i.e., Columbia, Brown, Northwestern, Cornell, Weill-Cornell, Harvard. Also, HHS/IOS has stated that we should not provide any communications to these schools about whether or why the funds are frozen. Hopefully, this helps given the discussion yesterday. We should try to respect their request and follow the guidance.

Michelle

Michelle G. Bulls
Director, Office of Policy for Extramural Research Administration, OER
National Institutes of Health
6705 Rockledge Drive, Room 803-C
Office: (301) 594-6739
Cell: (240) 550-1977

---

Email: michelle.bulls@nih.gov

3:24 PM · Apr 18, 2025 · **67.3K** Views

💬 9        🔁 102        ♡ 332        🔖 26        ⬆️

💬 Read 9 replies

**Don't miss what's happening**
People on X are the first to know.

Log in        Sign up