# EXHIBIT 76





TRUMPLAND

# Trump Takes Personal Revenge on Harvard's Lawyer for Standing Up to Him

**YOU'RE FIRED!**

**Tension between the current administration and the university continues to escalate.**



Nandika Chatterjee
Breaking News Intern

Updated Apr. 24 2025 7:30PM EDT
Published Apr. 24 2025 2:19PM EDT

   





Chip Somodevilla/Getty Images

**Sign Up to Receive Breaking News Alerts**

Stay up-to-date on all the biggest stories you need to know.

Enter your email                                    SIGN UP

By clicking "Sign Up" you agree to Terms of Use and Privacy Policy.

President Donald Trump has ripped into Harvard University, accusing the Ivy League college of being a "threat to democracy" following the school president's refusal to comply with his demands.



**Harvard President Vows No 'Compromise' With Trump**

| ALL OR NOTHING |

Nandika Chatterjee


HOMEPAGE

"Harvard is an Anti-Semitic, Far Left Institution, as are numerous others, with students being accepted from all over the World that want to rip our Country apart," the president posted.

**Top Stories**

READ MORE

00:00                                    00:00

The Truth Social post references Harvard's ongoing legal dispute with the administration, which it is suing after it was stripped of $2.2 billion in federal funding earlier this week.

Trump went on to say that Harvard had hired a lawyer who is also affiliated with the Trump Organization.

"Harvard is a threat to Democracy, with a lawyer, who represents me, who should therefore be forced to resign, immediately, or be fired. He's not that good, anyway, and I hope that my very big and beautiful company, now run by my sons, gets rid of him ASAP!" Trump said.

HOMEPAGE



Donald Trump's Truth Social Post
Truth Social

CNN's Kaitlin Collins confirmed that the Trump Organization has ended its relationship with prominent conservative attorney Bill Burck.

Eric Trump confirmed to *CNN* that Burck will no longer serve as an outside adviser, stating, "I view it as a conflict and I will be moving in a different direction."

Burck, who is a former Special Counsel and Deputy Counsel to former President George W. Bush in Washington, D.C., and a former federal prosecutor in New York City, is not a newcomer to Trump's orbit. He was also appointed to the Fox Corporation Board of Directors in June 2021.



A seasoned Washington attorney and former federal prosecutor, he previously represented several senior Trump administration officials during the special counsel investigation into Russian interference in the 2016 election.

His ties to Trump deepened in the lead-up to the president's second inauguration, when the Trump Organization brought Burck on board to help navigate potential business ventures and ethical concerns.

At the time, the company praised Burck as one of the "nation's finest and most respected lawyers," highlighting his role in advising the firm on avoiding conflicts of interest, particularly with foreign entities.

Trump's decision to cut ties with Burck—announced in a social media post—highlights his willingness to turn against longtime allies over what he perceives as disloyalty.

If anything, perhaps because Burck did not seek Trump's company's blessings before agreeing to represent Harvard.



### Harvard Turns to Billionaire Donors in Its War Against Trump

**GRASPING AT STRAWS**

Nandika Chatterjee



HOMEPAGE

Trump's public denouncement of the school was perhaps sparked by Garber's *NBC News* interview Wednesday evening, when Garber declared he "will not compromise on certain issues."

"We are defending what I believe is one of the most important lynchpins of the American economy and way of life—our universities," Garber said.

Harvard President Vows No 'Compromise' With …

"There is so much at stake," Alan Garber told NBC News' Lester Holt.

The Trump administration demanded Harvard change its hiring and admissions practices and eliminate its diversity, equity, and inclusion programs. The university says it won't comply.

The U.S. president also came after Harvard's tax-exempt status, while his Department of Homeland Security (DHS) threatened to eliminate its control over enrolling international students.

"The place is a Liberal mess, allowing a certain group of crazed lunatics to enter and exit the classroom and spew fake ANGER AND HATE. It is truly horrific! Now, since our filings began, they act like they are all 'American Apple Pie,'" Trump's post continued.

**Can't get enough of the Beast?**

Unlock unrestricted access to our reporting with a paid subscription.

Subscribe Now

 HOMEPAGE