UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> and <br><br> AMERICAN FEDERATION OF TEACHERS, <br><br>          Plaintiffs, <br><br>          v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, <br><br>          Defendants. | Case No. 1:25-cv-02429-MKV |

# Supplemental Declaration of Reinhold Martin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> and <br><br> AMERICAN FEDERATION OF TEACHERS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE. *et al.*, <br><br> Defendants. | Case No. 1:25-cv-02429-MKV |

## SUPPLEMENTAL DECLARATION OF REINHOLD MARTIN

I, Reinhold Martin, hereby declare as follows:

1. I am a Professor of Architecture at Columbia University and president of the Columbia chapter of the American Association of University Professors (AAUP). I previously submitted a declaration in this action describing my background. *See* Declaration of Reinhold Martin (Apr. 2, 2025) (ECF 29).

2. I have personal knowledge of the facts set forth in this supplemental declaration, and if called as a witness in this action, I could and would testify competently to these facts.

3. In my previous declaration, I described harms that I and other AAUP members have suffered and will suffer from Defendants' actions without a preliminary injunction. This supplemental declaration describes additional harms that Defendants' actions are causing on campus, including to AAUP members.

4. AAUP's membership includes faculty in the Middle Eastern, South Asian, and African Studies department (MESAAS). I understand that in response to Defendants' demands,

Columbia has appointed a Senior Vice Provost, Miguel Urquiola, to "review" the department and that his review is underway.

5. I have learned about many additional AAUP members who have been directly affected by Defendants' termination of federal funding. For example, I am aware of an AAUP member at the Teachers College whose grant from the Department of Education was terminated and has not been reinstated.

6. As of the date of this declaration, it is my understanding that Defendants have not restored the vast majority of the federal funding to Columbia that they canceled in March. Columbia's leadership has repeatedly indicated that the university remains in discussions with the federal government. The faculty has not received information about the details of those discussions, including about any specific additional demands the government has made. The government has not, to my knowledge, withdrawn any of the demands that it previously made.

7. AAUP members have expressed uncertainty and confusion about the extent to which Columbia intends to cover some portion of the terminated funding, including, in particular, the salaries for individuals funded by terminated grants. In a March 31, 2025 announcement, Provost Angela Olinto had indicated that Columbia would be conducting a review of the award terminations to inform next steps. She further stated that Columbia "committed to fund those individuals whose salaries and stipends were previously funded with federal support on now-terminated awards, using institutional funds, while we undertake the review." However, the email provided no information about how long the review process would take or whether individuals could expect any additional salary coverage *after* the review was complete.

8. On May 6, 2025, the Office of the President sent a university-wide email providing at least some additional information on this question. The email stated that, as a result of the termination of federal funds, nearly 180 individuals "who have been working, in whole or in part, on impacted federal grants, will receive notices of non-renewal or termination" on that

day.  The email further stated that this number "represents about 20% of the individuals who are funded in some manner by the terminated grants."

9. The May 6 announcement makes clear that Columbia is not committing to fully covering the salaries and stipends of all individuals affected by the grant terminations.  However, the announcement does not make clear whether Columbia intends to provide any coverage to the remaining 80% of individuals who remain in their positions for now (and if so, for how long).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __7th__ day of May 2025.

_____
Reinhold Martin