# EXHIBIT A

**From:** ███████
**Date:** Monday, March 24, 2025 at 11:15 AM
**To:** ███████
**Subject:** Time-Sensitive: Potential Appeal of Termination of Your Award(s)

> Some people who received this message don't often get email from ███████. Learn why this is important

**CONFIDENTIAL; PURSUANT TO ATTORNEY-CLIENT PRIVILEGE**

Dear Principal Investigators with terminated awards:

Many of you have asked how you can help with a potential appeal of the termination of your award(s). Please read through this entire email and then respond via the attached form as soon as possible and **no later than Friday, March 28, 2025** either (a) indicating that you do *not* wish to pursue an appeal or (b) providing the specific information requested in this email.

\*\*If you do not respond via the attached form, we will assume that you do not wish to pursue an appeal.\*\* However, we would appreciate your filling out the attached form with a "no appeal" response, rather than not responding at all.

**Potential Appeals**

The University continues to assess the strategies most likely to protect and restore the University's federal research portfolio. Individual appeals of terminated awards may be a part of that strategy. We need your help to be prepared to file such appeals on time.

Earlier this year, the University conducted a risk analysis of its federal portfolio in relation to the new administration's Executive Orders concerning DEI, gender ideology and climate/environmental justice. Through AI and human review, your award was identified as containing some content in one or more of these areas. Since the risk assessments were completed, the government has also identified additional "non-aligned" areas, including vaccine research, research on COVID-19, and research involving global collaborations with countries such as China and South Africa.

The success of a potential appeal may turn on the ability to persuade the government that your proposal can be rescoped to address any potential concern, by eliminating or revising those areas in such a way that does not affect the science being proposed.

**What we need from you if you wish to pursue an appeal**

For this reason, if you wish to file an appeal and you believe that your award could be rescoped to avoid the "non-aligned" areas in such a way that does not affect the science being proposed, we ask that you draft a statement explaining how. Please <u>do not submit a rewrite of your proposal</u> now – that might happen at a later stage. At this time, all we want is your best arguments for why the termination could be reversed with some modification of the underlying proposal.

*Please Note*: Some of you may have received modified Notices of Award or other notifications that cited "unsafe antisemitic actions" or other similar statements. We are *not* asking you to address these Title VI-based statements in your response. Rather, please focus your response on the government's "non-aligned" areas only.

I recognize that you have already been asked for a great deal of information in the RAP process and the impact statements I requested last week. However, as PIs, you are best positioned to articulate the factual bases we need if we are to pursue appeals. For this reason, please provide your response to me <u>no later than March 28, 2025</u>.

If you do not believe that your award contains any of the "non-aligned" areas, or you do not know which "non-aligned" area might apply, please consult in the first instance with your Vice Dean for Research. However, the attached form should only be returned to me - and not cc'ed to anyone else - in order to preserve privilege.

If you have questions, please reach out to me at ▮▮▮▮▮▮▮▮▮▮▮▮

Thank you.

▮▮▮▮▮▮▮

Office of the General Counsel

*********************************************************************
LEGAL NOTICE
This message (including any attachments) contains confidential information which may be legally privileged. If you are not the intended recipient of this message, you are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on its content, is strictly prohibited. If you received this message in error, please immediately notify the sender by

**CONFIDENTIAL: SUBJECT TO ATTORNEY-CLIENT PRIVILEGE**

| |
|---|
| **Name of PI:** |
| **Title of Award:** |
| **ARC Project Number: GG –** |
| **Agency Award Number:** |
| **Year         of** |
| **Is this award currently in a no-cost extension year (Y/N):** |

Please return to the Office of the General Counsel at ▮▮▮▮▮▮▮▮▮ no later than <u>Friday, March 28, 2025</u>. Please send this survey *only* to OGC; please do not share elsewhere at this time.

Please complete a separate survey for each award that has been terminated.

If you are a sponsor of students and/or post docs, please provide your responses on their behalf.

1. If the University determines that individual appeals are an appropriate strategy, do you wish to pursue an appeal of the termination of this award?

    _____Yes

    _____No

2. If you answered YES to Question #1, please indicate which of the following "non-aligned" areas may be present in your award. Please select as many as you believe may apply.

    _____ DEI

    _____ Gender Ideology

    _____ Climate/Environmental justice

    _____ Vaccine research

    _____Research on COVID-19

    _____ Research involving global collaborations

    _____ Other, please identify: _____

1

**CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED**

3. Did the Notice of Funding Opportunity (NOFO) require you to include content in what are now considered "non-aligned" areas? If yes, please describe the requirement. **[100 words]**

4. If you believe your proposal can be rescoped to avoid the "non-aligned" areas you identified in Question #2 in such a way that does not affect the science being proposed, please provide a statement here explaining how you would do so. **[400 words]**