UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> and <br><br> AMERICAN FEDERATION OF TEACHERS, <br><br>                    Plaintiffs, <br><br>           v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, <br><br>                    Defendants. | Case No. 1:25-cv-02429-MKV |

# Declaration of Mary Beth Terry (Witness M)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br>and<br><br>AMERICAN FEDERATION OF TEACHERS,<br><br>     Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE. *et al.*,<br><br>     Defendants. | Case No. 1:25-cv-02429-MKV |

## DECLARATION OF MARY BETH TERRY

I, Mary Beth Terry, declare as follows:

1. I am a Professor of Epidemiology and Environmental Sciences at the Mailman School of Public Health.

2. I have been at Columbia University for over 25 years. I received my PhD in Epidemiology at Columbia University.

3. My research focuses on chronic disease risk, including cancer.

4. I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based on my own personal knowledge.

5. I am a member of AAUP and AFT.

6. I have had an NIH center grant, called a P50 award, terminated. I was the overall contact Principal Investigator (PI) for the grant. The notice from NIH about the termination stated, "This

project has been terminated due to unsafe antisemitic actions that suggest the institution lacks concern for the safety and well-being of Jewish students."

7. The grant was in the middle of its fourth year, and we had about a year and a half left. The grant was for a total of about $20 million over those four years.

8. This grant funded research on chronic disease prevention. The grant supported many components, including three main clinical trials.

9. One trial involved breast cancer patients who were at risk of heart disease. The goal was to figure out ways to manage multiple chronic diseases.

10. A second trial focused on preventing chronic diseases, like cancer and cardiometabolic health.

11. A third trial focused on colorectal cancer screenings and reducing colorectal cancer risk.

12. These trials all included patient participants. Now, the trials are not continuing. As a result of the funding withdrawal, the already-enrolled participants will not be able to get the benefit of their participation: they will not receive the results related to managing or preventing chronic diseases. For those who enrolled in the colorectal cancer screening trial, those participants will no longer be able to access the cancer screenings through the trial, leaving them at risk of developing undetected cancer. We also have stopped all recruitment for future participants in each trial.

13. The NIH center grant also supported two additional trials that were funded as offspring of these main trials, and they have stopped.

14. There were also over 30 pilot studies, run by junior investigators, that were part of this center grant, and they are now cancelled. This is extremely detrimental to the junior researchers

and their career. The grant provided them an opportunity to work, train, and develop their careers, and it brought in new researchers to the field of chronic disease.

15. As a direct result of the funding termination, we have had to lay off staff. We laid off one person around May 7, 2025, and there may be more. This layoff was part of the layoffs that Columbia University publicly announced around the same time. I took time and resources to train these individuals. Their layoff is a huge loss to the project, even if it were ever to be restarted.

16. Although Columbia University was the lead on this grant, there were a number of other institutions that were also part of the NIH center grant, including Hunter College, Cornell, Northwell Health Systems, and the research arm of the Physician Affiliate Group of New York (PAGNY). The funding termination removes their funding, too. I understand that they also have had to lay off staff as a result.

17. We had obtained this grant as part of a specific call for proposals. The call funded eleven centers around the country, and we were one of them. This was a request for proposals to get people who had not been working together to do so, in order to better understand potential solutions to prevent different types of chronic diseases. It was a unique effort.

18. The sudden termination of funding for this research, without any notice, has been harmful for multiple reasons. First, our community partners were critical to this research. The abrupt funding termination after these community partners had been working in good faith harms the trust that we have worked so hard to build.

19. It is also extremely detrimental to the patient participants. Abruptly canceling ongoing clinical trials severely damages trust – why would a patient ever participate in a trial if they don't get to finish and don't get the results and answers they were looking for? They wouldn't.

20. This is a huge loss not only for me and my team, but also for our collective understanding of chronic diseases, like cancer and heart disease.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 5/7/25

Signed: *Mary Beth Terry*
Mary Beth Terry
Professor of Epidemiology and Environmental Sciences