UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> and <br><br> AMERICAN FEDERATION OF TEACHERS, <br><br>                    Plaintiffs, <br><br>           v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, <br><br>                    Defendants. | Case No. 1:25-cv-02429-MKV |

# Declaration of Steven Chillrud (Witness N)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> and <br><br> AMERICAN FEDERATION OF TEACHERS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE. *et al.*, <br><br> Defendants. | Case No. 1:25-cv-02429-MKV |

## DECLARATION OF STEVEN CHILLRUD

I, Steven N. Chillrud, hereby declare as follows:

1. I am a Lamont Research Professor at the Lamont-Doherty Earth Observatory of Columbia University. I have also served in leadership roles on large center grants such as being the Director of the Exposure Assessment Core at the Center for Environmental Health in Northern Manhattan for over 10 years. I have been a fulltime member of the Columbia University research staff since 1996, starting as a postdoc and working my way up to being a tenured Lamont Research Professor.

2. I have a bachelor's degree in chemistry and environmental studies from the University of California, Santa Cruz, and a Ph.D. from Columbia University specializing in geochemistry.

3. I am a member of the American Association of University Professors (AAUP).

4. I have personal knowledge of the facts set forth in this declaration, and if called as a witness in this action, I could and would testify competently to these facts.

5. The Center for Environmental Health and Justice in Northern Manhattan ("the Center") is funded by a large P30 grant from the National Institute of Environmental Health Sciences, a component of the National Institutes of Health (NIH).

6. A P30 grant is a type of NIH grant known as a Center Core Grant, which is designed to support shared resources and facilities for research by many different investigators. The goal is to provide a comprehensive suite of facilities that can support researchers throughout all stages of their investigations, thus improving research quality and overall research productivity.

7. The mission of our Center is to identify and understand health concerns caused by environmental exposures and to address those exposures through science and partnerships. Researchers at the Center tend to focus in particular on cancer, respiratory illnesses, and neurological and neurodegenerative diseases. We study the effects of environmental exposures both locally in New York and in other places around the United States and the world.

8. The Center is divided into several "facility cores"—i.e., groups that provide different kinds of services to support research projects. For example, the Study Design and Data Science Facility Core provides resources to plan, conduct, and analyze studies, including guidance on data management, interpretation, and reproducibility. The Community Engagement Core conducts and disseminates community-engaged environmental health research, developing strong collaborations with community and government partners and making research accessible to community members, policymakers, public health practitioners, and healthcare providers.

9. I am currently the co-director of the Translational Research Support Core, the overall purpose of which is to provide specific types of laboratory services that can complement investigators' expertise. I lead a sub-core called the Exposure Assessment Core, which has expertise on providing state-of-the-art analysis of environmental samples (e.g., air, dust, water, soil) and can create customized air monitors and other tailored solutions for researchers. Another sub-core focuses on the collection and analysis of biological samples (animal samples or human blood, urine, tissue, etc.).

10. Any member of the Center can access the services provided by the facility cores. The membership of the Center currently includes 67 Columbia faculty members from a range of academic departments and disciplines.

11. The Center also has two programs to help encourage new scientific studies and develop the careers of faculty members. First, the Pilot Projects Program helps launch new studies, providing pilot funding (up to $25,000) to conduct preliminary research and analysis; the data generated can then be used to support applications for additional grant funds from NIH and other sources. Second, the Career Development Program awards funding every two years to selected junior faculty members. This funding can be used to help support their research careers by, for example, setting up a laboratory or hiring research assistants or lab techs.

12. Columbia has received P30 grants to support the Center for approximately 26 years.

13. During that time, the Center has supported an enormous amount of important research on environmental science issues. Examples of recent work that Columbia researchers have done through Center collaborations include: showing that metals from e-cigarette aerosols accumulate in the brain in mice and might do the same in humans; reporting on increased hospitalizations following extreme weather events; investigating access to clean drinking water and the impact on infant health; and showing the impacts of mold interventions in homes to reduce asthma exacerbations.

14. The Center has also supported research that has informed significant policy interventions with a meaningful impact on human health. For example, the Center's research on chemicals in children's products helped support the passage of safety legislation in New York State. The Center also worked to help pass an order requiring the phase-out of residual fuel oil in New York City, which has resulted in 40% lower air pollution emissions from large buildings. And the Center has conducted mechanistic studies on the impact of the pesticide chlorpyrifos on the developing brain, which helped inform an EPA regulation on this pesticide.

15. On March 10, we received notice from Columbia that the P30 grant supporting the Center appeared on a list of grants to Columbia that had been terminated by NIH. By March 14, we had been notified directly by NIH that the grant was terminated.

16. I am not aware of any concerns by NIH about the Center's performance. On the contrary, the Center went through a competitive renewal approximately two years ago and received one of the best scores indicating that it is one of the top centers in the country.

17. The termination of the grant will make it substantially more difficult for researchers at Columbia to conduct the type of environmental health research that the Center has historically supported. This will have a major impact on Columbia's ability to recruit the best graduate students and young scientists interested in environmental health and science research.

18. The Center will likely lose multiple staff members as a result of the grant's termination. These are individuals who have spent years (in some cases, decades) building up highly specialized skills and expertise in particular aspects of environmental science research. Even if funding were eventually restored and we were able to hire new staff to fill these roles, it would be an enormous undertaking to train these individuals to perform the work our current staff performs. I believe it would decades to rebuild the expertise we will have lost.

19. The loss of the Center's Pilot Projects and Career Development Programs will also cause both immediate and long-term harm, particularly to junior researchers. We will no longer be able to provide dedicated funding for junior faculty career development. Much of the Center's pilot funding has been awarded to early-career faculty and, as noted, has been used to support applications for additional funding. The loss of these opportunities will jeopardize the ability of junior researchers to develop the skills and access the resources they need to be successful independent investigators.

20. I am aware of other grants to Columbia that were terminated on the same date as our P30 grant. These include grants that funded important training opportunities for graduate students, as well as research projects aimed at understanding the health effects of certain chemical exposures.

21.     I am greatly concerned about the consequences of these mass grant terminations not only for Columbia and for individual researchers whose careers are now at stake, but also for the United States' competitiveness in environmental health science and many other fields. I believe these actions will make it considerably harder for the United States to attract the best graduate students and young scientists from around the world.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this  ____7th_ day of May 2025.

_____
Steven N. Chillrud