UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> and <br><br> AMERICAN FEDERATION OF TEACHERS, <br><br>                    Plaintiffs, <br><br>             v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, <br><br>                    Defendants. | Case No. 1:25-cv-02429-MKV |

# Amended Declaration of Anne Li (Witness I)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> and <br><br> AMERICAN FEDERATION OF TEACHERS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | Case No. 1:25-cv-02429-MKV |

**Amended Declaration of Anne Li**

I, Anne Li, hereby declare as follows:

1. I am over the age of eighteen and competent to testify as to the matters set forth in this affidavit based on my own personal knowledge.

2. I submit this declaration in support of AAUP and AFT against the United States Department of Justice and other Defendants.

3. I recently graduated from Columbia Law School. I was a student in good standing during the 2024-2025 academic year.

4. The March 13 letter from Defendants made me feel threatened by the government's demand that Columbia target unfavorable political speech through escalated disciplinary measures.

5. On March 21, Melanie J. Bernitz, who is a the Interim Executive Vice President of University Live at Columbia sent a message to all students stating that Columbia's

response to the March 13 demands had been misconstrued by the media. This message undermined my confidence in the rule of law because it directs students to credit Columbia's own claims about the Trump administration's actions above any independent reporting. Specifically, it states that independent news reports "can create distress and anxiety, and don't always tell the full story. I encourage you to continue to refer to University communications to stay updated." This message further undermined my confidence in Columbia's commitment to free speech because it also emphasizes that students should focus on their own studies and ignore current events, which is responsive to the Trump administration's demands. This instruction is completely at odds with how I pursue my education at Columbia Law School—an institution dedicated to free inquiry and a rich understanding of current events.

6. Classmates have noted that they fear being targeted and having their visas revoked based on political involvement, including mere membership on student organization boards. Several classmates have stated that they choose to not engage in any further visible political speech due to fear of reprisal.

7. At a student group meeting I attended, the group elected to moderate its speech on Palestine explicitly out of fear that the law school administration would bow to pressure from the Trump administration and target board members to revoke their visas.

8. When speaking about the Trump administration's actions, I constantly weigh the visibility, content, and tone of my speech specifically for fear of reprisal. I am still willing to make bland, public critiques only due to my good academic records.

9. In choosing to sign this affidavit, I consulted with family over the possible repercussions of doing so, because I sincerely believe that the Trump administration will make

Columbia retaliate against students who engage in direct criticism of its recent choices. I initially sought to submit the declaration under seal because of that concern, as I had not yet graduated when I submitted my original declaration.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 5/23/25

*[signature]*

Anne Li