

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 23, 2025

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
500 Pearl Street, Room 2230
New York, New York 10007

      Re:    *American Association of University Professors, et al. v. United States Department of Justice, et al.*, 25 Civ. 2429 (MKV)

Dear Judge Vyskocil:

      This Office represents the defendants (the "Government") in the above-captioned matter. We write respectfully to clarify certain facts in the Government's Opposition to Plaintiffs' Motion for a Preliminary Injunction, ECF No. 91, and the accompanying declaration from Jon Lorsch, ECF No. 92 ("Lorsch Declaration"). These points relate to the factual background in this matter, but have no impact on the legal arguments made in the Government's brief.

      Specifically, first, the Lorsch Declaration stated that, on March 10, 2025, the National Institutes of Health ("NIH") sent Columbia University correspondence notifying the University that 396 grants had been terminated. (Lorsch Declaration ¶ 17.) Since the declaration was filed, it has come to the attention of Dr. Lorsch and this Office that, due to substantively duplicative entries on the list sent to Columbia, the March 10 letter related to approximately 233 grants (not 396). Second, there was another, materially similar termination letter that was inadvertently not referenced in the Lorsch Declaration and was sent to Columbia on March 14, 2025, regarding an additional set of less than 30 grants. Third, paragraph 17 of the Lorsch Declaration and page 3 of the Government's brief state that the March 10 letter informed the University that the grants had been terminated; in fact, the letter stated that the grants "will be" terminated, and as referenced in paragraph 19 of the Lorsch Declaration, the terminations had to be separately effectuated through issuance of a revised Notice of Award for each grant. Fourth, and finally, paragraph 19 of the Lorsch Declaration provided the number of grants for which NIH had issued revised Notices of Award and the number of reinstated grants, and it has come to Dr. Lorsch and this Office's attention that these numbers also require revision.

      Accordingly, the Government respectfully submits the attached Amended Declaration of Jon Lorsch, which reflects corrected information on the above points and makes certain other revisions to incorporate this information, reflect updated information as of the Amended Declaration signature date, and for clarity. As noted above, these changes have no impact on the Government's legal arguments.

The Honorable Mary Kay Vyskocil
May 23, 2025
Page 2

      We thank the Court for its attention to this matter.

                                      Respectfully submitted,

                                      JAY CLAYTON
                                      United States Attorney for the
                                      Southern District of New York

                        By:    */s/ Jeffrey Oestericher*
                               JEFFREY OESTERICHER
                               ALLISON M. ROVNER
                               Assistant United States Attorneys
                               86 Chambers Street, Third Floor
                               New York, New York 10007
                               Tel.: (212) 637-2695/2691
                               Email: jeffrey.oestericher@usdoj.gov
                                                allison.rovner@usdoj.gov

cc:     Counsel of Record (by ECF)