# EXHIBIT F



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Public Health Service

National Institutes of Health
*Eunice Kennedy Shriver* National
Institute of Child Health and
Human Development
Bethesda, Maryland  20892

| | |
|---|---|
| **DATE:** | March 7, 2025 |
| **FROM:** | Alice Pagán Pereira, Contracting Officer |
| **TO:** | The Trustees of Columbia University in the City of New York |
| **SUBJECT:** | Notification of Termination of Multiple Task Orders |

Dear Contractor,

Pursuant to FAR Clause 52.249-5, Termination for Convenience of the Government (Educational and Other Nonprofit Institutions) (AUG 2016), the task orders listed below are hereby terminated for the convenience of the Government, effective immediately. No further expenses shall be incurred under the following contract and task orders:

- HHSN201300010I/HHSN27500005 – *"Pharmacokinetic/Pharmacodynamic Evaluation of Levonorgestrel Butanoate of Female Contraception"*

- 75N94020D00013 – *"Contraceptive Development Program NICHD Contraceptive Clinical Trials Network – Female Sites"*

- 75N94020D00013/75N94023F00001 – *"Ovaprene Phase 1 - Protocol Finalization, Procurement of Regulatory Approval, and Complete Start-Up Activities for the Ovaprene Vaginal Device Clinical Trial and Colposcopy Subset"*

- 75N94020D00013/75N94020F00001 - *"Contraceptive Clinical Trials Network – Female Sites - Core Function Activities"*

Additional information will follow.

Should you have any questions, please feel free to reach out.


Alice Pagán Pereira
Contracting Officer
NICHD Office of Acquisitions