UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS,<br><br> and<br><br>AMERICAN FEDERATION OF TEACHERS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-02429-MKV<br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs American Association of University Professors and American Federation of Teachers in the above-captioned case appeal to the United States Court of Appeals for the Second Circuit from the order entered on June 16, 2025 denying Plaintiffs' motion for a preliminary injunction and dismissing the case without prejudice for lack of standing (ECF No. 148).

Dated: June 16, 2025                       Respectfully submitted,

                                          By:   S/ Orion Danjuma
                                                 Orion Danjuma
                                                 Rachel Goodman
                                                 Protect Democracy Project
                                                 82 Nassau Street, #601
                                                 New York, NY 10038
                                                 Tel: (202) 579-4582
                                                 Fax: (202) 769-3176

orion.danjuma@protectdemocracy.org
rachel.goodman@protectdemocracy.org

Janine M. Lopez*
Catherine Chen*
Protect Democracy Project
2020 Pennsylvania Ave. NW, Suite #163
Washington, D.C. 20006
Tel: (202) 579-4582
Fax: (202) 769-3176
janine.lopez@protectdemocracy.org
catherine.chen@protectdemocracy.org

Eve H. Cervantez*
Stacey M. Leyton*
Matthew J. Murray*
Connie K. Chan*
Juhyung Harold Lee*
Jonathan Rosenthal*
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax (415) 362-8064
ecervantez@altber.com
sleyton@altber.com
mmurray@altber.com
cchan@altber.com
hlee@altber.com
jrosenthal@altber.com

Richard Primus*
The University of Michigan Law School
(institutional affiliation provided for identification purposes only; not representing the University)
625 S. State Street
Ann Arbor, MI 48109
Tel: (734) 647-5543
Fax: (734) 764-8309
PrimusLaw1859@gmail.com

*Pro hac vice application granted

***Counsel for Plaintiffs***

2