UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/26

AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS and AMERICAN FEDERATION OF TEACHERS,

Plaintiffs,

-against-

UNITED STATES DEPARTMENT OF JUSTICE, PAMELA BONDI, LEO TERRELL, UNITED STATES DEPARTMENT OF EDUCATION, LINDA MCMAHON, THOMAS E. WHEELER, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ROBERT F. KENNEDY, JR., SEAN R. KEVENEY, NATIONAL INSTITUTES OF HEALTH, MATTHEW J. MEMOLI, UNITED STATES GENERAL SERVICES ADMINISTRATION, STEPHEN EHIKIAN, and JOSH GRUENBAUM,

Defendants.

25-cv-2429 (MKV)

ORDER REOPENING CASE AND DISMISSING AS MOOT

MARY KAY VYSKOCIL, United States District Judge:

Pursuant to the mandate of the Second Circuit, IT IS HEREBY ORDERED that this case is reopened for the sole purpose of entering this Order dismissing the case as moot [ECF No. 151 (remanding "with instructions to dismiss this case as moot")].

**SO ORDERED.**

**Date: July 17, 2026**
**New York, NY**

*Mary Kay Vyskocil*

**MARY KAY VYSKOCIL**
**United States District Judge**